# APPENDIX.

## NOTES OF CASES NOT OTHERWISE REPORTED.

### McCartney v. Jamison and Walkinshaw.

*Appeal from Des Moines District Court — Friday, January 31.*

PROCEEDING to foreclose a mortgage on certain real estate. Questions purely of fact, upon which the decision alone turned, were stated at length in the opinion. No questions of law were discussed, and the decision of the court below was reversed as not being sustained by the weight of evidence.

*Chas. H. Phelps* for the appellant — *Tracy & Newman* for the appellee.